McCORRISTON MILLER MUKAI MacKINNON LLP

JESSE J. T. SMITH         #9403-0
JAIME H. TOKIOKA         #10819-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone No.: 529-7300
Facsimile No.: 524-8293
E-mail: smith@m4law.com; jht@m4law.com

Attorneys for Defendant
Ursula Abella

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MATTHEW LIEBLONG,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>URSULA ABELLA; S/V TALISKER *in rem*, her engine, appurtenances, equipment, and tackle, Doc. No. 1269157; DOE DEFENDANTS 1-20, DOE CORPORATIONS, 1-20, DOE GOVERNMENT AGENCIES 1-20, DOE PARTNERSHIPS 1-20,<br><br>　　　　　Defendants.<br>_____ | CIVIL NO. 19-00425 LEK-WRP<br><br>DEFENDANT URSULA ABELLA'S MOTION TO DISMISS VERIFIED *FIRST AMENDED* COMPLAINT FOR DAMAGES FILED ON AUGUST 13, 2019 FOR LACK OF SUBJECT MATTER JURISDICTION; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>Relates to Dkt. No. 43 |

DEFENDANT URSULA ABELLA'S MOTION TO DISMISS
VERIFIED *FIRST AMENDED* COMPLAINT FOR DAMAGES FILED
ON AUGUST 13, 2019 FOR LACK OF SUBJECT MATTER JURISDICTION

Defendant URSULA ABELLA, by and through her counsel, McCorriston Miller Mukai MacKinnon LLP, hereby moves this Honorable Court to dismiss Plaintiff MATTHEW LIEBLONG's Verified *First Amended* Complaint for Damages, filed August 13, 2019 for lack of subject matter jurisdiction.

This motion is brought pursuant to Rules 12(b)(1) and 12(h)(3) of the Federal Rules of Civil Procedure, and is supported by the Memorandum in Support of Motion, and the records and pleadings in this case.

DATED: Honolulu, Hawaii, October 22, 2019.

/s/ Jesse J. T. Smith
JESSE J. T. SMITH
JAIME H. TOKIOKA

Attorneys for Defendant
Ursula Abella